**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| IRMA RAMIREZ, et al., | No. 3:14-cv-03243 LB |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| QOIO, et al., | |
| Defendants. | |

This is an ADA case that is subject to the case management deadlines set forth in this district's General Order 56. So far, there is no indication on the docket that the site inspection occurred, and it does not appear that the parties have complied with the remaining deadlines in General Order 56. The last entry on the docket is the Clerk's entry of default of one of the three defendants. Accordingly, the court orders Plaintiffs to show cause why this action should not dismissed without prejudice for their failure to prosecute it. Plaintiffs shall do so in writing no later than May 18, 2015.

**IT IS SO ORDERED.**

Dated: May 8, 2015

_____
LAUREL BEELER
United States Magistrate Judge

No. 3:14-cv-03243 LB
ORDER