# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| IRMA RAMIREZ, et al., | No. 3:14-cv-03243 LB |
| Plaintiffs, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| QOIO, et al., | |
| Defendants. | |

On May 8, 2015, the court ordered the plaintiffs to show cause why this action should not dismissed without prejudice for their failure to prosecute it. The plaintiffs responded by notifying the court that all defendants appear to be represented now, that the parties will stipulate to set aside 501 Columbus LLC's default, and that a joint site inspection has been scheduled for June 3, 2015.

In light of these representations, the court discharges its order to show cause. Within 28 business days from June 3, 2015, the parties shall meet and confer in person to discuss settlement. *See* General Order 56 ¶ 4. Within 42 days from June 3, 2015, the plaintiffs shall file a "Notice of Need for Mediation." *See* General Order 56 ¶ 7. To make sure this case does not fall through the cracks, the court sets a case management conference for 11:00 a.m. on August 20, 2015. The parties shall file a joint case management statement no later than August 13, 2015.

**IT IS SO ORDERED.**

Dated: May 29, 2015

_____
LAUREL BEELER
United States Magistrate Judge

No. 3:14-cv-03243 LB
ORDER