THOMAS E. FRANKOVICH (S.B.N. 074414)
THOMAS E. FRANKOVICH,
***A PROFESSIONAL LAW CORPORATION***
1832-A Capitol Street
Vallejo, CA 94590
Telephone:     (415) 444-5800
Facsimile:      (415) 674-9900
Email:            tfrankovich@disabilitieslaw.com

Attorney for Plaintiffs
IRMA RAMIREZ; and
DAREN HEATHERLY

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ; and DAREN HEATHERLY,<br><br>     Plaintiffs,<br><br>v.<br><br>QOIO, *et al.*,<br><br>     Defendants. | CASE NO. 3:14-cv-03243-LB<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

 The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Respectfully Submitted,

Dated: March 17, 2016     THOMAS E. FRANKOVICH, APLC
*A PROFESSIONAL LAW CORPORATION*

By: /s/ Thomas E. Frankovich
Thomas E. Frankovich
Attorney for Plaintiff

Dated: March 17, 2016     MURCHISON & CUMMING, LLP

By: /s/ Melissa W. Eisenberg
Melissa W. Eisenberg
Attorney for Defendant Bruno Guarini dba Qoio

Dated: March 17, 2016     ATTORNEY AT LAW

By: /s/ Marc Libarle
Marc Libarle
Attorney for Defendant 501 Columbus LLC

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: March 21, 2016

Hon. Laurel Beeler
UNITED STATES MAGISTRATE JUDGE